IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FAMILY MEDICINE PHARMACY, LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION 15-00188-KD-B |
| | ) | |
| PRIMED PHARMACEUTICALS, LLC, | ) | |
|     Defendant. | ) | |

## JUDGMENT

In accordance with the Order issued on this date regarding Plaintiff's Motion for Default Judgment, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Family Medical Pharmacy, LLC, and against Defendant Primed Pharmaceuticals, LLC. Pursuant to 47 U.S.C. § 227, Plaintiff is awarded $500.

**DONE** and **ORDERED** this the **7**$^{th}$ day of **March 2016**.

                                                /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**